## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | | |
|---|---|---|---|
| IN RE: | Juan Ramon Placencia | ) | Chapter 13 |
| | | ) | Case No. 13 B 10264 |
| | Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Juan Ramon Placencia  
3805 S. Paulina Street, Unit 2C  
Chicago, IL  60609

Debtor Attorney: Sulaiman Law Group Ltd  
via Clerk's ECF noticing procedures

On February 01, 2016 at 9:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 613  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 21, 2016.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 14, 2013, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 09, 2013, for a term of 60 months with payments of $290.00.

The status of the debtor's plan is:

| | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 34 | $9,860.00 | $8,760.00 | $1,100.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/20/2016  
Due Each Month: $290.00  
Next Pymt Due: 02/13/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/30/2014 | 1586500015 | $290.00 | 07/28/2014 | 1591700248 | $290.00 |
| 09/22/2014 | 1591700437 | $600.00 | 11/03/2014 | 1591700594 | $290.00 |
| 12/09/2014 | 1591700731 | $580.00 | 02/09/2015 | 1591700917 | $600.00 |
| 04/06/2015 | 1591701090 | $300.00 | 05/04/2015 | 1586500557 | $300.00 |
| 05/18/2015 | 1591701293 | $300.00 | 07/27/2015 | 1630103357 | $300.00 |
| 09/08/2015 | 1643705910 | $600.00 | 11/10/2015 | 2548852000 - | $600.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE